UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK OPPENHEIMER,

                      Plaintiff,

    - against -

MARLIN HAWK HOLDINGS LTD. ET AL.,

                     Defendants.

21-cv-7655 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit their motion to dismiss by **October 29, 2021**. The plaintiff's response is due on **December 6, 2021**. The defendants' reply is due on **December 21, 2021**.

SO ORDERED.

Dated:    New York, New York
           October 4, 2021

                                                  /s/ John G. Koeltl
                                                John G. Koeltl
                                         United States District Judge